Ashley M. Pileika
David Matthew Haynie
**FORESTER HAYNIE PLLC**
400 North Saint Paul St., Suite 700
Dallas, TX 75201
P: 214-210-2100 | F: 214-346-5909
matthew@foresterhaynie.com
apileika@foresterhaynie.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Brogdon, an individual, Lauro Garcia, Diana Almader-Douglas, and Does 1-100,<br><br>Plaintiffs,<br><br>v.<br><br>The Archdiocese of Los Angeles, a corporation sole, The Diocese of Tucson, St. John's Seminary, and Black & White Corporations 1-100,<br><br>Defendants. | Case No.: 4:20-cv-00566-JAS (MSA)<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

In accordance with LRCiv 15.1(b), Plaintiffs George Brogdon, *et al.* hereby respectfully provide Notice of the filing of their Amended Complaint. A copy of the Amended Complaint is attached to this Notice, containing stricken through deleted text, and underlined added text. *See* Exhibit 1. A final copy of the Amended Complaint, without showing the changes, is also attached. *See* Exhibit 2.

Dated this 19th day of February, 2021.

-1-

Respectfully Submitted,

/s/ Ashley M. Pileika
Ashley M. Pileika
New York Bar No. 974605
David Matthew Haynie
Texas Bar No. 24087692
**FORESTER HAYNIE PLLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the ECF System for e-filing and transmittal of a Notice of Electronic Filing to the ECF registrants on record in this matter.

/s/ Ashley M. Pileika
Ashley M. Pileika
