IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Brogdon, et al. ) | No. CV 20-566-TUC-JAS (MSA) |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Roman Catholic Archbishop of Los ) Angeles, et al. ) | |
| Defendants. ) | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera that recommends granting Defendants' motions to dismiss. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 72) is accepted and adopted in its entirety.

1  (2) The motions to dismiss (Docs. 45, 46, 47) are granted as discussed in the Report and
2  Recommendation and the second amended complaint is dismissed without leave to amend.
3  (3) This case is dismissed.
4  (4) The Clerk of the Court shall enter judgment and close the file in this case.

      Dated this 3rd day of February, 2022.

Honorable James A. Soto
United States District Judge