# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Brogdon, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Roman Catholic Archbishop of Los Angeles, et al.,<br><br>    Defendants. | **NO. CV-20-00566-TUC-JAS (MSA)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 3, 2022, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 3, 2022

By   s/ Jennifer A. McCarthy
     Deputy Clerk