Darren Wolf
Ashley M. Pileika
**LAW OFFICE OF DARREN WOLF, P.C.**
1701 N. Market Street, Suite 210
Dallas, TX 75202
Telephone: (214) 346-5355
Facsimile: (214) 882-4374
Darren@darrenwolf.com
Ashley@darrenwolf.com

Jeffrey Sandman
**SANDMAN LAW LLC**
5208 Magazine St., Ste. 364
New Orleans, LA 70115
Telephone: (978) 886-0639
Jeff@sandman-law.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Brogdon, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Roman Catholic Archbishop of Los Angeles, et al., <br><br> Defendants. | 4:20-cv-00566-TUC-JAS (MSA) <br><br> **PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS** |

## RESPONSE OF ASHLEY M. PILEIKA:

The undersigned counsel submits this Supplemental Response to comply with the

Court's Minute Entry # 82. Counsel has attached her declaration to provide the Court with information on her personal involvement prior to initiating this lawsuit and filing the Second Amended Complaint.

                                                        /s/ *Ashley Pileika*
                                                        Ashley Pileika
                                                        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for e-filing and transmittal of a Notice of Electronic Filing to the ECF registrants on record in this matter.